UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21224-ALTMAN

ELIZABETH MAGDIEL MARTIN DE MATOS,

*Plaintiff*,

*v.*

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants.*

_____/

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 18], in accordance with Federal Rule of Civil Procedure 41. Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED without prejudice**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. We instruct the Clerk of Court to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on July 2, 2026.

_____

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record